UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

APRIL SIMS, et al.

    Plaintiffs                             **Case No. RDB-20-759**

Vs

HERSL, et al.

    Defendants.
_____/

NOTICE OF STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs April Sims and Damon Hardrick, and Defendants Momodu Gondu, Daniel T. Hersl, and Wayne Jenkins, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

_____/s/_____
IVAN J. BATES, ESQ.
Bates & Garcia, LLC
201 N. Charles Street, Ste. 1900
Baltimore, MD 21201
Phone: (410) 814-4600

_____/s/_____
NEIL E. DUKE, ESQ.
A Professional Corporation
100 Light Street, 19th Fl
Baltimore, MD 21202

_____/s/_____
Christopher C. Jeffries
Kramon & Graham, PA
One south Street, Ste. 2600
Baltimore, Md 21202